**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 28, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

DEFENDING EDUCATION, et al.,

     Plaintiffs - Appellants,

v.

AUBREY C. SULLIVAN, in her official capacity as Director of the Colorado Civil Rights Division, et al.,

     Defendants - Appellees.

_____

COMMITTEE OF FIVE, INC., d/b/a XXXY Athletics,

     Plaintiff - Appellant,

v.

AUBREY C. SULLIVAN, Director of the Colorado Civil Rights Division, in her official capacity, et al.,

     Defendants - Appellees.

_____

DOXA ENTERPRISES, LTD, d/b/a Born Again Used Books,

     Plaintiff - Appellant,

v.

AUBREY C. SULLIVAN, Director of the Colorado Civil Rights Division, in her

No. 26-1101
(D.C. No. 1:25-CV-01572-RMR-MDB)
(D. Colo.)

No. 26-1103
(D.C. No. 1:25-CV-01668-RMR-MDB)
(D. Colo.)

No. 26-1104
(D.C. No. 1:25-CV-02177-RMR-MDB)
(D. Colo.)

official capacity, et al.,

Defendants - Appellees.

_____

**ORDER**

_____

On April 20, 2026, the court directed parties in the above-captioned cases to inform the court on their position regarding procedurally consolidating these three appeals. This matter is now before the court following those responses.

Upon further consideration, the court will partially procedurally consolidate Case Nos. 26-1101, 26-1103, and 26-1104, for the purposes of Appellees' Response Brief and submission to the court. Appellants shall file independent opening briefs and appendices in their respective appeals. Appellees shall file a single consolidated response brief that (1) addresses all claims of error made in the opening briefs, and (2) conforms to the type-volume limitations for a single principal brief. *See* 10th Cir. R. 31.3; Fed. R. App. P. 32(a)(7).

Appellants' opening briefs and appendices are due June 8, 2026. Appellees' brief shall be due 30 days after the last opening brief is filed. Motions for extensions of time for the opening briefs are discouraged to ensure a consistent timeline for all three appeals.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk