**CASE Nos. 26-1101, 26-1103, 26-1104**

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| DEFENDING EDUCATION, et al.,<br><br>        Plaintiffs-Appellants,<br><br>v.<br><br>AUBREY C. SULLIVAN, Director, of the Colorado Civil Rights Division, in her official capacity, et al.,<br><br>        Defendants-Appellees. | No. 26-1101<br>(D.C. No. 1:25-CV-01572-RMR-MDB)<br>(D. Colo.) |
| COMMITTEE OF FIVE, INC., d/b/a XX-XY Athletics,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>AUBREY C. SULLIVAN, Director, of the Colorado Civil Rights Division, in her official capacity, et al.,<br><br>        Defendants-Appellees. | No. 26-1103<br>(D.C. No. 1:25-CV-01668-RMR-MDB)<br>(D. Colo.) |
| DOXA ENTERPRISES, LTD, d/b/a Born Again Used Books, | No. 26-1104 |

1

Plaintiff-Appellant,

v.

AUBREY C. SULLIVAN,
Director, of the Colorado Civil
Rights Division, in her official
capacity, et al.,

Defendants-Appellees.

(D.C. No. 1:25-CV-02177-RMR-
MDB)
(D. Colo.)

---

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF

---

Pursuant to Fed. R. App. P. 27 and 10th Cir. R. 27.6, Appellees respectfully move for a 30-day extension of time to file their Answer Brief in all cases, up to and including August 7, 2026.

### CERTIFICATE OF CONFERRAL

Pursuant to 10th Cir. R. 27.1 and 10th Cir. R. 27.6(C)(2), counsel for Appellees conferred with counsel for Appellants in all cases regarding the relief sought in this motion. Appellants do not oppose this motion.

### MOTION

1.     Appellants filed their Opening Briefs on June 8, 2026, in all

cases. *Defending Education v. Sullivan*, No. 26-1101, Dkt. No. 18; *Committee of Five v. Sullivan*, Case No. 26-1103, Dkt. No. 19; *Doxa Enters. v. Sullivan*, No. 26-1104, Dkt. No. 17.

2.     Appellees' combined Answer Brief in all three cases is currently due on July 8, 2026 per this Court's Order of April 28, 2026.

3.     Undersigned counsel requests a brief 30-day extension of this deadline, until and including August 7, 2026. *See* Fed. R. App P. 26(b).

4.     Counsel for Appellees have conflicts including briefing due in *St. Mary Catholic Parish in Littleton v. Roy*, No. 25-581 (U.S.), *Chan v. Regalado*, No. 2025CA2109 (Colo. App.), and *Zunker v. Hubler*, No. 26-1192 (10th Cir.); a responsive pleading deadline in *League of Women Voters Colorado v. Griswold*, No. 26-cv-02103-TPO (D. Colo); and discovery in matters including *Sirio v. Stancil et al*, No. 1:25-cv-02790-RMR-SBP (D. Colo.). In addition, key counsel members have preplanned annual leave during the last two weeks of June. As a result, counsel will have difficulty completing Appellees' Opening Brief by July 8, 2026, even with due diligence.

5.     Given these conflicts, Appellees need additional time to

3

prepare their Answer Brief. Therefore, Appellees request a 30-day extension of time, up to and including August 7, 2026, to file their Answer Brief.

6.     This is Appellees' first request to extend the deadline to file the Answer Brief. Furthermore, since Appellant does not object, the requested extension will not prejudice any party in this case.

7.     Accordingly, Appellees respectfully request that the Court grant a 30-day extension of time, up to and including August 7, 2026, for Appellees to file their Answer Brief in this matter.

Dated: June 9, 2026.

Respectfully Submitted,

PHILIP J. WEISER
Attorney General

*s/ Janna K. Fischer*

JANNA K. FISCHER*
Senior Assistant Attorney General
NORA Q.E. PASSAMANECK*
Senior Assistant Attorney General
HELEN NORTON*
Deputy Solicitor General
DOMINICK D. SCHUMACHER
Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 10th Floor

Denver, Colorado 80203
Telephone: (720) 508-6000
Email: janna.fischer@coag.gov
      nora.passamaneck@coag.gov
      helen.norton@coag.gov
      dominick.schumacher@coag.gov
*Attorneys for Appellants Aubrey C. Sullivan, Sergio Cordova, Geta Asfaw, Mayuko Fieweger, Daniel S. Ward, Jade R. Kelly and Eric Artis*
    *Counsel of Record


*s/ Lane Towery*
TALIA KRAEMER*
Senior Assistant Attorney General
LANE TOWERY*
Assistant Attorney General
Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: (720) 508-6000
Email: talia.kraemer@coag.gov
      lane.towery@coag.gov
*Attorneys for Appellant Attorney General Weiser, in his official capacity*
    *Counsel of Record

5

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d) because it contains 362 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f), as calculated by the word-counting function of Microsoft Word.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared proportionally spaced typeface—14-point Century Schoolbook—using Microsoft Word.

*s/Janna K. Fischer*

JANNA K. FISCHER

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I electronically filed the foregoing document with the Clerk of the Tenth Circuit Court of Appeals using the CM/ECF system and served via the Tenth Circuit CM/ECF on all counsel of record for the parties in this case.

*s/ Sarah Bomgardner*