**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 15, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

DEFENDING EDUCATION, et al.,

    Plaintiffs - Appellants,

v.

AUBREY C. SULLIVAN, Director of the
Colorado Civil Rights Division, in her
official capacity, et al.,

    Defendants - Appellees,

------------------------------------

INDEPENDENT WOMENS LAW
CENTER, et al.,

    Amicus Curiae.

_____

COMMITTEE OF FIVE, INC., d/b/a
XXXY Athletics,

    Plaintiff - Appellant,

v.

AUBREY C. SULLIVAN, Director of the
Colorado Civil Rights Division, in her
official capacity, et al.,

    Defendants - Appellees,

--------------------------------

INDEPENDENT WOMENS LAW
CENTER, et al.,

No. 26-1101
(D.C. No. 1:25-CV-01572-RMR-MDB)
(D. Colo.)

No. 26-1103
(D.C. No. 1:25-CV-01668-RMR-MDB)
(D. Colo.)

Amicus Curiae.

_____

DOXA ENTERPRISES, LTD, d/b/a Born
Again Used Books,

     Plaintiff - Appellant,

v.

AUBREY C. SULLIVAN, Director of the
Colorado Civil Rights Division, in her
official capacity, et al.,

     Defendants - Appellees,

----------------------------------

INDEPENDENT WOMENS LAW
CENTER, et al.,

     Amicus Curiae.

No. 26-1104
(D.C. No. 1:25-CV-02177-RMR-MDB)
(D. Colo.)

_____

**ORDER**
_____

This matter is before the court on the *Motion of Independent Women's Law Center and Manhattan Institute for Leave to File Brief as Amicus Curiae in Support of Plaintiff-Appellants and Reversal*.

Movants state that all plaintiff-appellants consented to their participation as amici, but defendants-appellees "take no position" on the request for consent to file. The court construes defendants-appellees' statement as non-opposition.

2

Upon consideration, the court:

A.     Provisionally grants movants leave to file as amici curiae in support of

appellant, subject to reconsideration by the panel of judges that will later be

assigned to hear this appeal on the merits; and

B.     Directs its Clerk to accept the brief movants submitted on June 12, 2026 as

filed. *See* Fed. R. App. P. 29(a)(2); 10th Cir. R. 27.4(A)(6).

Appellee's response brief remains due on August 7, 2026.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk