**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

**June 16, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

DEFENDING EDUCATION, et al.,

    Plaintiffs - Appellants,

v.

AUBREY C. SULLIVAN, Director, of the
Colorado Civil Rights Division, in her
official capacity, et al.,

    Defendants - Appellees.

------------------------------------

INDEPENDENT WOMEN'S LAW
CENTER, et al.,

    Amici Curiae.

_____

COMMITTEE OF FIVE, INC., d/b/a
XXXY Athletics,

    Plaintiff - Appellant,

v.

AUBREY C. SULLIVAN, Director of the
Colorado Civil Rights Division, in her
official capacity, et al.,

    Defendants – Appellees.

---------------------------------

INDEPENDENT WOMEN'S LAW
CENTER, et al.,

No. 26-1101
(D.C. No. 1:25-CV-01572-RMR-MDB)
(D. Colo.)

No. 26-1103
(D.C. No. 1:25-CV-01668-RMR-MDB)
(D. Colo.)

Amici Curiae.

_____

DOXA ENTERPRISES, LTD, d/b/a Born
Again Used Books,

    Plaintiff - Appellant,

v.

AUBREY C. SULLIVAN, Director of the
Colorado Civil Rights Division, in her
official capacity, et al.,

    Defendants – Appellees.

-----------------------------------

INDEPENDENT WOMEN'S LAW
CENTER, et al.,

    Amici Curiae.

No. 26-1104
(D.C. No. 1:25-CV-02177-RMR-MDB)
(D. Colo.)

_____

**ORDER**
_____

This matter is before the court on receipt and initial review of the *Brief of Amicus Curiae The Center for American Liberty in Support of Appellants and Reversal*.

Counsel for The Center states that appellants consented to the filing of their brief, and appellees stated that "they take no position" on the request for consent to file. The court construes defendants-appellees' statement as consent to the relief requested.

Upon consideration, the court directs its Clerk to accept the brief the Center submitted on June 15, 2026 as filed. *See* Fed. R. App. P. 29(a)(2); 10th Cir. R. 27.4(A)(6).

Appellee's response brief remains due on August 7, 2026.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk