**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 22, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

DEFENDING EDUCATION, et al.,

Plaintiffs - Appellants,

v.

AUBREY C. SULLIVAN, Director, of the Colorado Civil Rights Division, in her official capacity, et al.,

Defendants - Appellees.

No. 26-1101
(D.C. No. 1:25-CV-01572-RMR-MDB)
(D. Colo.)

----------------------------------

INDEPENDENT WOMEN'S LAW CENTER, et al.,

Amici Curiae.

---

COMMITTEE OF FIVE, INC., d/b/a XX-XY Athletics,

Plaintiff - Appellant,

v.

AUBREY C. SULLIVAN, Director of the Colorado Civil Rights Division, in her official capacity, et al.,

Defendants - Appellees.

No. 26-1103
(D.C. No. 1:25-CV-01668-RMR-MDB)
(D. Colo.)

--------------------------------

| | |
|---|---|
| MANHATTAN INSTITUTE, et al.,<br><br>Amici Curiae. | |
| DOXA ENTERPRISES, LTD, d/b/a Born Again Used Books,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>AUBREY C. SULLIVAN, Director of the Colorado Civil Rights Division, in her official capacity, et al.,<br><br>Defendants - Appellees.<br><br>----------------------------<br><br>MANHATTAN INSTITUTE, et al.,<br>Amici Curiae. | No. 26-1104<br>(D.C. No. 1:25-CV-02177-RMR-MDB)<br>(D. Colo.) |

**ORDER**

These matters are before the court on the parties' *Joint Response Regarding Oral Arguments*. Upon careful consideration, the panel of judges who will hear oral argument and decide the merits of these appeals directs as follows. The above-captioned matters are consolidated for a single oral argument with all Plaintiffs-Appellants sharing a total of 30 minutes of argument time and all Defendants-Appellees sharing a total of 30 minutes of argument time.

Entered for the Court,

Per Curiam